# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| W. WARN SPRINGS TRUST,<br>                    Appellant,<br>                    vs.<br>WELLS FARGO BANK, N.A.,<br>                    Respondent. | No. 77889<br><br>**FILED**<br><br>JUN 0 4 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____S. Young_____<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. David M. Jones, District Judge
      Kerry P. Faughnan
      Snell & Wilmer LLP/Salt Lake City
      Snell & Wilmer/Phoenix
      Snell & Wilmer, LLP/Las Vegas
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-24230